IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JAN BRANSON, Individually as survival )
heir-at-law and as Special Administrator of )
the Estate, and JAMES OLIVA and )
BRADFORD OLIVA, Individually as )
survival heirs-at-law of MATTHEW C. )
OLIVA, deceased, )
                                         )   Case No.: **2:25-CV-02025-KHV-ADM**
      Plaintiffs, )
                                           )
v. )
                                           )
BOARD OF COUNTY COMMISSIONERS )
SHAWNEE COUNTY, KANSAS d/b/a )
SHAWNEE COUNTY ADULT )
DETENTION CENTER; ARMOR )
HEALTH HOLDINGS, LLC; ARMOR )
HEALTH MANAGEMENT, LLC; )
ARMOR HEALTH OF SHAWNEE )
COUNTY, LLC; MARIANA MACK, M.D. )
HEATHER WILLIER; MAGGIE MOORE; )
EMILY FOSTER; HEIDI WHITE, R.N.; )
KIMBERLY CLAFLIN, R.N.; DAWN )
SILER, R.N.; CASSANDRA GUMBEL; )
CAMI COCKE; SAMANTHA RITCHIE, )
R.N., and SERGEANT SHANNON )
ADDINGTON, )
                                           )
      Defendants.              /

## ARMOR HEALTH HOLDINGS, LLC'S MOTION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)

ARMOR HEALTH HOLDINGS, LLC respectfully moves this Court for an order

dismissing all claims against this Defendant. As fully set forth in its Memorandum in

1

Support, Plaintiffs fail to establish personal jurisdiction over this Defendant and dismissal is accordingly appropriate pursuant to Rule 12(b)(2), Fed. R. Civ. P. Further, Plaintiffs fail to demonstrate standing, depriving this Court of subject matter jurisdiction under Rule 12(b)(1), Fed. R. Civ. P. As such, and for the reasons detailed in Armor Health Holdings, LLC's Memorandum in Support, the Court should dismiss Plaintiffs' action against Armor Health Holdings, LLC in its entirety.

Respectfully submitted,

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

2

## CERTIFICATE OF SERVICE

On March 21, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Thomas J. Preuss, MO #54923 Shawn G. Foster, MO #47663 PREUSS | FOSTER, 11141 Overbrook Road, Suite 104 Leawood, KS 66211, tjpreuss@pflaw.com | sfoster@pflaw.com **Attorneys for Plaintiffs;** David R. Cooper #16690, Charles E. Branson #17376, Katherine E. Sittenauer #29903, Fisher, Patterson, Sayler & Smith, LLP, 3550 SW 5th Street | Topeka, Kansas 66606, dcooper@fpsslaw.com | cbranson@fpsslaw.com | ksittenauer@fpsslaw.com, **Attorneys for Defendants Board of County Commissioners of Shawnee County, Heather Willier, and Shannon Addington.**

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

3