IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAN BRANSON, INDIVIDUALLY AS )
SURVIVAL )
HEIR-AT-LAW AND AS SPECIAL )
ADMINISTRATOR OF )
THE ESTATE, AND JAMES OLIVA )
AND BRADFORD OLIVA, )
INDIVIDUALLY AS SURVIVAL )
HEIRS-AT-LAW OF MATTHEW C. )
OLIVA, DECEASED, )
)
      Plaintiff, )
)
      v. ) Case No. 2:25-cv-02025-KHV-ADM
)
BOARD OF COUNTY )
COMMISSIONERS )
SHAWNEE COUNTY, KANSAS D/B/A )
SHAWNEE COUNTY ADULT )
DETENTION CENTER; ARMOR )
HEALTH HOLDINGS, LLC; ARMOR )
HEALTH MANAGEMENT, LLC; )
ARMOR HEALTH OF SHAWNEE )
COUNTY, LLC; MARIANA MACK, )
M.D. HEATHER WILLIER; MAGGIE )
MOORE; EMILY FOSTER; HEIDI )
WHITE, R.N.;  KIMBERLY CLAFLIN, )
R.N.; DAWN SILER, R.N.; CASSANDRA )
GUMBEL; CAMI COCKE; SAMANTHA )
RITCHIE, R.N., AND SERGEANT )
SHANNON ADDINGTON, )
)
)
      Defendant. )

## NOTICE OF RULE 29 STIPULATION REGARDING DISCOVERY

Defendant Armor Health Holdings, LLC notifies the court that counsel for Plaintiffs and this

Defendant have stipulated, pursuant to F.R.C.P. 29, that Defendant Armor Health Holdings, LLC shall have a 2-week extension of time in which to answer the Interrogatories previously served on them by Plaintiffs and respond and serve responses to the Requests for Production of Documents previously served on them by Plaintiffs including producing responsive documents and/or otherwise plead the Plaintiffs have up to and including June 26, 2025 in which to respond to these discovery requests.

SUBMITTED AND APPROVED BY:

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
PO Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com


By: /s/Norman R. Kelly
Norman R. Kelly
SC # 10639
Attorneys for Defendant Armor Health Holdings, LLC


/s/Norman R. Kelly
Norman R. Kelly

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Thomas J. Preuss, MO #54923 Shawn G. Foster, MO #47663 PREUSS | FOSTER, 11141 Overbrook Road, Suite 104 Leawood, KS 66211, tjpreuss@pflaw.com | sfoster@pflaw.com **Attorneys for Plaintiffs;** David R. Cooper #16690, Charles E. Branson #17376, Katherine E. Sittenauer # 29903, Fisher, Petterson, Sayler & Smith, LLP, 3550 SW 5th Street | Topeka, Kansas 66606, dcooper@fpsslaw.com | cbranson@fpsslaw.com | Ksittenauer@fpsslaw.com, Attorneys for Defendants Board of County Commissioners of Shawnee County, Heather Willier, and Shannon Addington

3