**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JAN BRANSON, Individually as survival heir-at-law and as Special Administrator of the Estate, JAMES OLIVA & BRADFORD OLIVA, Individually as survival heirs-at-law of MATTHEW OLIVA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS d/b/a SHAWNEE COUNTY ADULT DETENTION CENTER, et al.,<br><br>Defendants. | CASE NO.: 2:25-cv-02025-KHV-ADM |

**SUGGESTION OF ASSIGNMENT FOR BENEFIT OF CREDITORS**

**YOU ARE HEREBY** notified that Daniel J. Stermer ("Assignee"), not individually but solely in his capacity as Assignee for the benefit of creditors of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor"), filed a Petition for Assignment for the Benefit of Creditors (the "Petition") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 11, 2023, Case No. 2023-024558-CA-01 (the "Assignment Case"). You are advised that, with the filing of the Petition, all property of the Assignor, both real and personal, became subject to the jurisdiction of the Miami-Dade Circuit Court in the Assignment Case pursuant to the provisions of Chapter 727, Florida Statutes.

Pursuant to §727.105, Fla. Stat., upon the filing of the Petition, proceedings may not be commenced against the Assignee except as provided in Chapter 727, Florida Statutes, but nothing in such Chapter affects any action or proceeding by a governmental unit to enforce such

governmental unit's police or regulatory power. Further, except in the case of a consensual lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in the possession, custody, or control of the Assignee.

The filing of this Suggestion of Assignment for Benefit of Creditors was expressly requested by the Assignee. By making and filing as requested by Assignee, the undersigned counsel is not doing this as legal counsel for or appearing on behalf of either the Assignor or Assignee. To the contrary, per the e-mails attached, the undersigned counsel in not representing the Assignor not Assigner in filing the Suggestion of Assignment for Benefit of Creditors in this case and neither the Assignor nor Assigner have the funds or assets to hire counsel to defend these entities in cases like this and there haven't been any funds from which to hire legal counsel October 11, 2023. This information was provided to Plaintiffs in late March of 2025 and Plaintiffs have since refused to voluntarily dismiss Defendant Armor Health Management, LLC from this case.

Dated this 18th day of June, 2025.

**NORTON, WASSERMAN, JONES & KELLY, LLC**
213 S. Santa Fe
PO Box 2388
Salina, KS 67402-2388
785-827-3646
Fax: 785-827-0538
Email: nrk@nwjklaw.com

By: /s/ Norman R. Kelly
Norman Ross Kelly, Esq.
SC # 10639
*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June, 2025,the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Thomas J. Preuss, MO #54923 Shawn G. Foster, MO #47663 PREUSS FOSTER, 11141 Overbrook Road, Suite 104 Leawood, KS 66211, tjpreuss@pflaw.com sfoster@pflaw.com **Attorneys for Plaintiffs;** David R. Cooper #16690, Charles E. Branson #17376, Katherine E. Sittenauer # 29903, Fisher, Petterson, Sayler & Smith, LLP, 3550 SW 5th Street | Topeka, Kansas 66606, dcooper@fpsslaw.com,cbranson@fpsslaw.com Ksittenauer@fpsslaw.com, Attorneys for Defendants Board of County Commissioners of Shawnee County, Heather Willier, and Shannon Addington.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

Filing # 184387990 E-Filed 10/19/2023 10:31:30 PM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

IN RE:

**ARMOR HEALTH MANAGEMENT, LLC,** **CASE NO.: 2023-024558-CA-01**

Assignor,

To:

**DANIEL J. STERMER,**

Assignee.
_______________________________________/

**AMENDED NOTICE OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS**

**TO: ALL CREDITORS AND OTHER INTERESTED PARTIES,**

**PLEASE TAKE NOTICE THAT:**

1. On October 11, 2023, a Petition was filed commencing the above referenced Assignment for the Benefit of Creditors proceeding, pursuant to Chapter 727 Florida Statutes, made by Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor" or "Armor"), with its principal place of business at 4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155 to **DANIEL J. STERMER** ("Assignee"), whose address is 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, Florida 33309.

2. Pursuant to Florida Statutes § 727.105, no proceeding may be commenced against the Assignee except as provided in Chapter 727. Except in the case of a consensual lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the estate in the possession, custody, or control of the Assignee.

3. YOU ARE HEREBY further noticed that in order to receive dividend in this proceeding, you must file the enclosed Proof of Claim with the Assignee, **DANIEL J. STERMER** of Development Specialists, Inc., on or before **February 8, 2024** (120 days from the date the Petition was filed).

Dated this 19th day of October, 2023.

**VENABLE LLP**
*Attorneys for Assignee*
Miami Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: */s/ Allison R. Day*
Paul J. Battista, Esq.
Florida Bar No. 884162
Email: pjbattista@venable.com
Allison R. Day, Esq.
Florida Bar No. 494097
Email: arday@venable.com
Avi Zemel, Esq.
Florida Bar No. 1025804
Email: azemel@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Courts via the Florida E-Filing Portal, as required by Fla. R. Jud. Admin. 2.516. I further verify that the foregoing was served electronically via the E-Filing Portal to all interested parties registered to receive electronic notifications on this matter (which is incorporated herein by reference) on this 19th day of October, 2023.

By: */s/ Allison R. Day*
Allison R. Day, Esq.

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

IN RE:

**ARMOR HEALTH MANAGEMENT, LLC,** **CASE NO.: 2023-024558-CA-01**

Assignor,

To:

**DANIEL J. STERMER,**

Assignee.
_____________________________________/

**PROOF OF CLAIM**

TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:

**FEBRUARY 8, 2024**

THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:
Daniel J. Stermer, Assignee
**DEVELOPMENT SPECIALISTS, INC.**
500 West Cypress Creek Road, Suite 400
Fort Lauderdale, FL 33309
(305) 374-2717 · (954) 666-7881 Fax No.
dstermer@dsiconsulting.com

1. **CREDITOR NAME (Your name):** ______________________________
**ADDRESS:** ______________________________
______________________________
**TELEPHONE NUMBER:** ______________________________
**E-MAIL ADDRESS:** ______________________________

*Please be sure to notify us if you have a change of address.*

2. **BASIS FOR CLAIM:**

[ ] Goods Sold
[ ] Services Performed
[ ] Money Loaned
[ ] Shareholder
[ ] Wages, Salaries and Compensations
[ ] Taxes
[ ] Customer Deposit
[ ] Other: ____________________
[ ] Secured Creditor

3. **DATE DEBT WAS INCURRED:** ______________________________

4. **AMOUNT OF CLAIM:** ______________________________

5. **SUPPORTING DOCUMENTS:** **Attach copies of supporting documents,** such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6. **SIGNATURE:** Sign and print name and title, if any, of the creditor or other person authorized to file this claim:

DATED:__________________________ BY:______________________________________
Signature of Claimant or Representative

______________________________________
**Print Name** and Title Here

**Norman R. Kelly**

| | |
|---|---|
| **From:** | Daniel J. Stermer <DStermer@DSIConsulting.com> |
| **Sent:** | Wednesday, March 26, 2025 8:30 AM |
| **To:** | Norman R. Kelly |
| **Cc:** | Daniel J. Stermer; Allison Day (ARDay@Venable.com); Malcolm, Ingrid P. |
| **Subject:** | FW: Kansas District Court 25-cv-02025 |
| **Attachments:** | 2025_3_25 Suggestion of Assignment - Branson(66375727.1).docx; 2025_3_25 Suggestion of Assignment - Branson(66375727.1).pdf; 2023_10_11 Petition Commencing ABC.pdf; 2023_10_19 Amended Notice of Assignment.pdf |

Mr. Kelly – Good morning and I hope this communication finds you well.

I write to you this morning regarding the below referenced matter and your representation of the various Armor entities in same.

Let me try to provide insight into who I am and why I am responding: I do not represent Armor Correctional Health Services, Inc. – I am the Assignee for the Benefit of Creditor for Armor Health Management, LLC f/k/a Armor Correctional Health Services, Inc. in a matter currently pending in the Circuit Court in and for Miam-Dade County, Florida – See attached Petition.

Armor Health Management, LLC still exists as a corporate entity and I am not the Defendant, Armor Correctional Health Services, Inc. n/k/a Armor Health Management, LLC - I have been Assigned the assets of Armor to maximize the recovery for the benefit of the creditors of Armor – my Team and I are not defending any of the pending litigation matters and are not spending dollars on defending them – Plaintiff's and various Defense Counsel Firms that represented Armor were directed to prepare and file their Proof of Claim with the Assignment Estate on or before February 8, 2024 to be included in any pro rata distribution that may be proposed for creditors – if they do not, then they will be forever barred from doing so – this is the exclusive process for creditors to recover – attached please find the Amended Notice of Assignment with the Proof of Claim Form.

As of the date of the commencement, October 11, 2023, all work by any and all Firms representing Armor should have ceased as there are no funds to pay any Firm on a go forward basis since October 11, 2023.

We prepared and filed Suggestions of Assignment in the multitude of litigation matters that were are of at the commencement of the Assignment and have continued to do so as new matters come to light, including the Branson matter that we recently were advised of.

My Counsel has not appeared in any of the pending litigation matters against Armor and would request your assistance with the filing of the attached Suggestion of Assignment that we prepared for this matter.

I have copied my Counsel, Allison Day, on this communication and we stand ready to answer any questions that you may have.

We appreciate your courtesy and assistance with same so that this can be made a part of the docket and advise the Court of same. . .

DSI

500 East Broward Boulevard
Suite 1700
Fort Lauderdale, FL 33394

**Daniel J. Stermer**
Managing Director

Phone: (305) 374-2717
Direct: (954) 666-7881
Mobile: (954) 205-9195
Email: dstermer@dsiconsutling.com

www.dsiconsulting.com

vCard | LinkedIn

**From:** Kelly Huerta <kelly.huerta@armorhealthcare.com>
**Sent:** Tuesday, March 18, 2025 4:42 PM
**To:** Daniel J. Stermer <DStermer@DSIConsulting.com>; Day, Allison R. <ARDay@Venable.com>; Malcolm, Ingrid P.

**Norman R. Kelly**

| | |
|---|---|
| **From:** | Francesco Zincone <fzincone@armaslaw.com> |
| **Sent:** | Wednesday, March 26, 2025 11:00 AM |
| **To:** | Daniel J. Stermer |
| **Cc:** | Norman R. Kelly; Allison Day (ARDay@Venable.com); Malcolm, Ingrid P.; Alfredo Armas; Kelly Huerta |
| **Subject:** | Re: Kansas District Court 25-cv-02025 |

Good morning Mr. Stermer,

Given that Mr. Kelly is not to represent the Assignor, is it possible for your team to file the Suggestion paperwork in the matter on its own? I know that your lawyers have been able to take care of that in other matters in the past.

Thank you,
Frank

On Wed, Mar 26, 2025 at 11:55 AM Daniel J. Stermer <DStermer@dsiconsulting.com> wrote:

Thank you Mr. Kelly for your prompt response of a short time ago and appreciate your assistance with filing the Suggestion forwarded earlier this morning.

I understand and appreciate your position relative to continued representation of the Assignor in the Branson matter and your to be prepared and filed Motion to Withdraw as relates to the Assignor – to be clear, should Messrs. Zincone and Armas advise that someone other than the Assignor will be requested to and be responsible to pay for the continued representation of the Assignor by your Firm, then we need to ensure that same is clearly documented so that the Assignment Estate is protected from any claim for professional fees, whether by your Firm and/or the Armas Firm.

My Team and I stand ready to understand how everyone wishes to proceed with this matter. . .

DSI

**Daniel J. Stermer**

Managing Director

Phone: (305) 374-2717

Direct: (954) 666-7881

Mobile: (954) 205-9195

Email: dstermer@dsiconsutling.com

500 East Broward Boulevard

Suite 1700

Fort Lauderdale, FL 33394