**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAN BRANSON, INDIVIDUALLY AS HEIR-AT-LAW AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MATTHEW C. OLIVA, ET AL.,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 2:25-CV-02025-KHV-ADM** |
| **BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS D/B/A SHAWNEE COUNTY ADULT DETENTION CENTER, ET AL.** | ) |
| **Defendant.** | ) |

**VERIFICATION OF SERVICE OF NOTICE OF FILING OF DEFENSE COUNSELS' GLOBAL MOTION TO WITHDRAW**

COMES NOW Norman R. Kelly, of Norton, Wasserman, Jones & Kelly, L.L.C., and Frank Zincone of Armas Betran Zincone, and confirm that the Notice of Filing of Defense Counsels' Global Motion to Withdraw was served on the following Armor Defendant on Monday, September 8, 2025, as described in more detail below:

a. Pursuant to Fed.R. Civ. Pro. 5 (b)(2)(C) service of this motion was made by mailing the same to the persons' last known address and, per this rule, service in that manner is complete on mailing.

b. Service of Defense Counsels' Global Motion to Withdraw, filed herein on September

3, 2025, was served by mailing a copy of this Notice of Filing of Defense Counsels' Global Motion to Withdraw and a copy of file stamped Defense Counsels' Global Motion to Withdraw on the following Defendant on Monday, September 8, 2025 at the last known address for each defendant as specifically contained on each separate attached Notice of Filing of Defense Counsels' Global Motion to Withdraw:

Defendant Otto Campo.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 South Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

Armas Bertran Zincone
4960 SW 72nd Avenue
Miami, Florida 33155
(409) 598-6594
E-mail: fzincone@armaslaw.com

By:/s/ Frank Zincone
Frank Zincone
Attorneys for Armor Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAN BRANSON, INDIVIDUALLY AS HEIR-AT-LAW AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MATTHEW C. OLIVA, ET AL.,** ) | |
| **,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 2:25-cv-02025-KHV-ADM** |
| **BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS D/B/A SHAWNEE COUNTY ADULT DETENTION CENTER, ET AL.** ) | |
| **,** ) | |
| **Defendant.** ) | |

**NOTICE OF FILING OF DEFENSE**
**COUNSEL'S GLOBAL MOTION TO WITHDRAW**

To: Defendant Otto Campo
4960 SW 72nd Avenue., Suite 400
Miami, Florida 33155

COMES NOW Norman R. Kelly, of Norton, Wasserman, Jones & Kelly, L.L.C., and Frank Zincone of Armas Betran Zincone, as withdrawing defense or legal counsel for the Armor Defendants in this case and advises Defendant Otto Campo that they have filed the attached Defense Counsel's Global Motion to Withdraw (" Motion") in this case and confirm that this Notice and attached Motion is being served upon Defendant Otto Campo via regular mail at and her last known

address noted above on this 5th day of September, 2025.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 South Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

Armas Bertran Zincone
4960 SW 72nd Avenue
Miami, Florida 33155
(409) 598-6594
E-mail: fzincone@armaslaw.com

By:/s/ Frank Zincone
Frank Zincone
Attorneys for Armor Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAN BRANSON, individually as heir-at-law and as Special Administrator of the Estate of Matthew C. Oliva, et al.,

Plaintiffs,

Case No. 25-cv-2025-KHV-ADM

v.

BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS d/b/a Shawnee County Adult Detention Center, et al.

Defendants.

**DEFENSE COUNSEL'S GLOBAL MOTION TO WITHDRAW**

Francesco A. Zincone and the law firm of Armas Bertran Zincone, which has been admitted *pro hac vice*, and its local counsel Norman Kelly and the law office of Norton, Wasserman, Jones, and Kelly, L.L.C., hereby move, in accordance with D. Kan. Rules 83.5.5 and 83.6.1, to withdraw their appearance on behalf of the Armor-associated Defendants named in Plaintiffs' original Complaint (that is: Armor Health of Shawnee County, LLC; Armor Health Holdings, LLC; Mariana Mack, M.D.; Heidi White; Kimberly Claflin; Dawn Siler; Casandra Gumbel; Cami Cocke; and Samatha Richie), and those named for the first time in Plaintiffs' Amended Complaint, D.E. 99 (which include Enhanced Management Services, LLC; Armor Correctional Healthcare Holdings, Inc.; Otto Campo; and Jose Armas, M.D). All of these defendants are hereafter collectively referred to as the "Armor Defendants".

1. Plaintiffs in this action have brought claims against Armor Health of Shawnee County, LLC and its current and former employees for alleged errors and omissions in the care rendered to Matthew C. Oliva while detained at the Shawnee County Adult Detention Center. In their Amended Complaint filed August 1, 2025, Plaintiffs have named certain additional holding companies, Armor's CEO (Otto Campo), and the principal shareholder of Armor Health of Shawnee County, LLC's ultimate parent company (Jose Armas, MD) as additional defendants.

2. The undersigned have represented the original Armor Defendants since inception of the lawsuit, and executed waivers of service of process on behalf of the new Defendants on or about August 14, 2025.

3. In addition to the above-named Defendants, the undersigned also represented Defendant Maggie Moore. Ms. Moore was formerly the Health Services Administrator at that facility. Her employment with Armor Health of Shawnee County, LLC concluded in or about July of 2025.

4. During the week of August 25, 2025, over the course of preparation for Ms. Moore's deposition, certain unwaivable conflicts of interest became apparent between Ms. Moore and Armor Health of Shawnee County, LLC. Those conflicts necessitated the undersigned's Motion to Withdraw, which was promptly filed with the clerk on the evening of August 28, 2025, and granted by Magistrate Judge Mitchell on Friday, August 29, 2025. *See* ECF No. 123.

5. In light of those conflicts, and upon further review, the undersigned have determined that they are precluded from continuing their representation in this matter.

6. The undersigned notes for the Court that Armor Health of Shawnee County, LLC has, pursuant to the applicable insurance policy, furnished a defense for all aforementioned Armor Defendants to this point. It will continue to do so, and will timely coordinate separate, successor counsel for the various defendants represented by the undersigned. That process has already begun.

7. All Armor Defendants presently have a deadline to respond to Plaintiffs' Amended Complaint on September 3rd; Ms. Foster is presently set for deposition on September 17, 2025; Plaintiffs have expressed a desire to depose at least 6 additional current and former employees/agents of Armor Health of Shawnee County, LLC; and the Defendants' expert disclosures are due on October 10, 2025.

8. The Armor Defendants are being advised through this motion that they are personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by the court order.

9. The Armor Defendants are being advised through this motion that Defendants' expert disclosure deadline is October 10, 2025, that the discovery completion deadline is November 7, 2025, the pretrial conference is November 25, 2025 at 10:00 a.m. and the case is scheduled for jury trial for an estimated seven days beginning om March 9, 2026 at 9:00a.m.

10. Accordingly, and based on the foregoing unique circumstances which constitute good cause, the undersigned respectfully request that the Court afford the Armor Defendants thirty (30) days to retain new counsel and stay these proceedings during that period.

11. In the meantime, the contact information for the various Armor Defendants is listed below:

a. Emily Foster (17480 188 Terrace, Tonganoxie, KS 66086; Tel: (913) 417-3339;

b. Cassandra Gumbel (8806 Hickory Lane, Ozawkie, KS 66070; Tel: (913) 669-3151);

c. Samantha Richie (840 SW Frazier Avenue, Topeka, KS 66606; Tel: (785) 341-4822);
d. Kimberly Claflin (Tel: (785) 304-4449; email: claflinrnbsn@gmail.com);
e. Heidi White (2016 SW 70th Terrace, Topeka, KS 66619; Tel: (785) 577-8594);
f. Dawn Siler (21559 Limit Road, Easton, KS 66020; Tel: (913) 375-8562);
g. Cami Cocke (1145 SW High Avenue, Topeka, KA 66604; Tel: (830) 743-0725);
h. Mariana Mack, M.D. (7904 W 130th Street, Overland Park, KS 66213; Tel: (813) 494-2812);
i. Armor Health of Shawnee County, LLC (4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155; Tel: (305) 972-3587);
j. Armor Health Holdings, LLC (4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155; Tel of Benjamin Brodsky, anticipated successor counsel: (305) 503-5054);
k. Otto Campo (4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155; Tel of Benjamin Brodsky, anticipated successor counsel: (305) 503-5054);
l. Enhanced Management Services, LLC (4960 SW 72nd Avenue, Suite 209, Miami, Florida 33155; Tel: (786) 210-2560));
m. Armor Correctional Healthcare Holdings, Inc. (4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155; Tel. of Benjamin Brodsky, anticipated successor counsel: (305) 503-5054);
n. Jose Armas, MD (c/o Benjamin Brodsky, 44 West Flagler Street, Suite 2200, Miami, Florida 33130; Tel. of Benjamin Brodsky, anticipated successor counsel: (305) 503-5054).

In accordance with D. Kan. Rule 83.5.5, the undersigned will separately file proof of personal service of this Motion to each of the Armor Defendants as soon as such service is complete.

WHEREFORE the undersigned respectfully request that the Court enter an Order granting this Motion, relieve them of their obligations with respect to the Armor Defendants, and stay this proceeding for a period of 30 days, pending the Armor Defendants' retention of new counsel.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 South Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
(785) 827-3646
Fax: (785) 827-0538
E-mail: nrk@nwjklaw.com

By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Armor Defendants

Armas Bertran Zincone
4960 SW 72nd Avenue
Miami, Florida 33155
(409) 598-6594
E-mail: fzincone@armaslaw.com

By:/s/ Frank Zincone
Frank Zincone
Attorneys for Armor Defendants