IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JAN BRANSON, Individually as survival Heir-at-law and as Special Administrator of the Estate, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS SHAWNEE COUNTY, KANSAS d/b/a SHAWNEE COUNTY ADULT DETENTION CENTER, et al.<br><br>      Defendants. | Case No.: 2:25-CV-02025 |

## AMENDED ENTRY OF APPEARANCE

COMES NOW David E. Larson of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. and hereby enters his appearance on behalf of Defendants Armor Health Holdings, LLC, Armor Health of Shawnee County, LLC, Armor Correctional Healthcare Holdings, Inc., Enhanced Management Services, LLC, Otto Campo and Jose Armas in the above-captioned matter.

Respectfully submitted by,

*/s/ David E. Larson*
David E. Larson, USDC KS Bar #70716
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
300 E. 39th Street, #LL1i
Kansas City, MO 64111
Phone: 816.753.6006
Fax: 816.502.7898
delarson@martinpringle.com
*Attorneys for Armor Defendants, Enhanced Management Services, LLC, and Defendants Otto Campo and Jose Armas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2025, a true and correct copy of the above and foregoing was provided to all counsel of record pursuant to the Court's electronic filing system.

/s/ David E. Larson
David E. Larson