**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JAN BRANSON, individually as heir-at-law and as Special Administrator of the Estate of Matthew C. Oliva, et al.. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case 25-cv-2025-KHV-ADM |
| BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS d/b/a Shawnee County Adult Detention Center, et al. | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE TO TAKE VIDEOTAPED DEPOSITION
DUCES TECUM**

To: Jose Armas
c/o Francesco Zincone
4960 SW 72nd Ave.
Miami, FL 33155
and
Norman Kelly
213 S. Santa Fe
PO Box 2388
Salina, KS 67402
and
David Larson
300 E. 39th Street, #LL1i
Kansas City, MO 64111

PLEASE TAKE NOTICE that Plaintiffs, by and through counsel, will take the videotaped deposition of Jose Armas upon oral examination. Said deposition will be conducted at Armor Health 4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155, commencing October 9, 2025, beginning at 2:30 p.m. EST (or immediately following the deposition of Otto Campo). The deposition proceeding will be recorded stenographically. Plaintiffs reserve the right to use

the deposition at trial in lieu of live testimony of the deponent. The taking of said deposition, if not completed on the date scheduled, will continue from hour-to-hour and day-by-day until completed. Deponent to bring with him, at the time and location of such deposition, the documents and records scheduled on the attached Exhibit "A."

Court reporting services will be provided by Veritext.

Respectfully Submitted By:

**PREUSS | FOSTER**

*/s/ Thomas J. Preuss*
Thomas J. Preuss, KS 21431
Shawn Foster, KS 19090
Andrew Clark, *Pro Hac Vice*
11141 Overbrook Rd. Suite 104
Leawood, KS 66211
Ph.: 816-307-2788
Fax:816-336-9705
Email: tjpreuss@pflaw.com
sfoster@pflaw.com
aclark@pflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2025, the above and foregoing document was transmitted via the court's electronic filing system, notifying all parties of record.

*/s/ Thomas J. Preuss*

**Exhibit A**

1. A copy of your most current CV or resume.

2. Your paystubs and any document showing the name of the entity that paid or otherwise compensated you with respect to your work with Armor Health Management, Armor Health of Shawnee County, Armor Health Holdings, Armor Correctional Healthcare Holdings, and/or Enhanced Management Services from October 2023 through October 2024.

3. Any employment agreements with respect to your work with Armor Health Management, Armor Health of Shawnee County, Armor Health Holdings, Armor Correctional Healthcare Holdings, and/or Enhanced Management Services, including any provisions related to operational authority, financial oversight, or signing powers.\

4. Any documents pertaining to your work for Armor Health of Shawnee County, including operational manuals, financial reports, or delegation of authority documents.

5. Any communications, emails, or memos between you and representatives of Armor Health regarding your operational duties at the Shawnee County Detention Center, including financial oversight or inter-entity coordination.

6. Any back-end services agreement, management services agreement, or similar inter-company agreement between Armor Health of Shawnee County, LLC and any other Armor entity, including but not limited to Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, and/or Enhanced Management Services, including all exhibits, schedules, and attachments thereto, particularly those outlining operational and financial responsibilities.

7. Any amendments, modifications, renewals, extensions, or terminations related to the back-end services agreement between Armor Health of Shawnee County, LLC and any other Armor entity, including operational or financial adjustments.

8. Any invoices, billing statements, payment records, or financial transaction documents issued or exchanged pursuant to the back-end services agreement between Armor Health of Shawnee County, LLC and any other Armor entity, particularly those related to operational services at the Shawnee County Detention Center during October and November 2023.

9. All contracts, agreements, or scopes of service between Armor Health of Shawnee County, LLC and Shawnee County or the Shawnee County Detention Center, including any signed by you, with all amendments, exhibits, and financial terms.

10. The operating agreement for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC, including all amendments and schedules.

11. The articles of organization or incorporation for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC.

12. Any certificates of formation, registration, or good standing for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC.

13. Organizational charts, corporate structure diagrams, or documents showing the operational and financial relationships between Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC, including ownership, management overlaps, and financial flows.

14. Any inter-company agreements, service agreements, management contracts, or memoranda of understanding between Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC, including operational delegation and financial support terms.

15. Financial documents, including balance sheets, income statements, cash flow statements, ledgers, or financial reports for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, from January 1, 2023 through January 1, 2025.

16. Tax returns, IRS filings, state tax documents, or audited financial statements for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC from January 1, 2023 through January 1, 2025, indicating any commingling of assets or financial dependencies.

17. Any capitalization documents, funding agreements, loan records, or investment memos showing financial support from Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC to Armor Health of Shawnee County, LLC.

18. Board meeting minutes, corporate resolutions, shareholder meeting records, or executive committee notes for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC from January 1, 2023 through January 1, 2025, referencing operations, finances, or relationships at the Shawnee County Detention Center.

19. Insurance policies, liability coverage documents, risk management plans, or indemnity agreements covering Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC, including joint policies and financial premium records.

20. Any payroll records, compensation plans, or bonus structures for employees of Armor Health of Shawnee County, LLC, including financial distributions from related entities.

21. Any asset transfer documents, property leases, or equipment inventories shared between Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC, with financial valuations.

22. Any dissolution plans, merger documents, or restructuring proposals involving Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC.

23. Any correspondence or materials exchanged with regulatory bodies, accrediting agencies, or government officials regarding operational compliance or financial reporting for Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, and Armor Health of Shawnee County, LLC.

24. All documents pertaining to the Assignment for the Benefit of Creditors proceedings of Armor Health Management, LLC in Florida (initiated October 11, 2023), including the assignment agreement, petitions, court orders, creditor lists/notices, asset inventories/sales (e.g., to Enhanced Management Services), settlement agreements, financial statements, distributions, reports, correspondence, and any inter-entity transfers or impacts on Armor affiliates, through finalization in March 2025.

25. All documents pertaining to transfers of funds or financial movements between Armor Health of Shawnee County, LLC and other Armor entities (including Armor Health Management, Armor Health Holdings, Armor Correctional Healthcare Holdings, Enhanced Management Services, or affiliates) from January 1, 2023 through September 12, 2025, including ledgers, bank statements, wire confirmations, loan agreements, invoices, authorizations and tax implications.

26. All documents pertaining to distributions, dividends, or disbursements to shareholders, members, or equity holders of Armor Health Holdings and/or Armor Correctional Healthcare Holdings from January 1, 2023 through September 12, 2025, including schedules, agreements, K-1 forms, payment confirmations, resolutions, minutes, authorizations and financial impacts on Armor Health of Shawnee County, LLC or affiliates.