IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JAN BRANSON, Individually as survival )
Heir-at-law and as Special Administrator of )
the Estate, et al. )
)
) Case No.: 2:25-CV-02025-KHV-ADM
                Plaintiffs, )
)
v. )
)
BOARD OF COUNTY COMMISSIONERS )
SHAWNEE COUNTY, KANSAS d/b/a )
SHAWNEE COUNTY ADULT DETENTION )
CENTER, et al. )
)
                Defendants. )

**<u>NOTICE OF ISSUANCE OF SUBPOENAS</u>**

Please take notice that Defendants Armor Health Holdings, LLC, Armor Health of Shawnee County, LLC, Armor Correctional Health Holdings, Inc., Enhanced Management Services, LLC, Otto Campo, and Jose Armas ("the Armor Defendants"), by and through undersigned counsel and pursuant to Rule 45, Federal Rules of Civil Procedure, intends to serve a subpoena, in the attached format, on the party below on or before October 8, 2025, or as soon thereafter as service may be effectuated.

1.  Larned State Hospital,
    Attn: Chandra Wilder
    1301 KS Hwy 264
    Larned, KS 67550

2.  Johnson County Sheriff's Office
    27747 W 159th Street
    New Century, KS 66031

3.  Shawnee County Sheriff's Office
    320 S Kansas Ave., Ste 200
    Topeka, KS 66603

4.  Topeka Police Department
    320 S Kansas Ave., Ste 100
    Topeka, KS 66603


5.  University Health Behavioral Health Center
    300 W 19th Terr
    Kansas City, MO 64108


Respectfully Submitted,


/s/ *David E. Larson*
David E. Larson, USDC KS Bar #70716
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
300 E. 39th Street, #LL1i
Kansas City, MO 64111
Phone: 816.753.6006
Fax:816.502.7898
delarson@martinpringle.com

Benjamin H. Brodsky, Esq., FBN 73748
*Admitted Pro Hac Vice*
Michael Fisher, Esq., FBN 1065238
*Admitted Pro Hac Vice*
Brodsky Fotiu-Wojtowicz, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel:  305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
michael@bfwlegal.com
docketing@bfwlegal.com


*Attorneys for the Armor Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 6, 2025, a true and correct copy of the above and foregoing was provided to all counsel of record pursuant to the Court's electronic filing system.

<u>/s/ *David E. Larson*__</u>
David E. Larson