

11141 OVERBROOK ROAD, SUITE 104, LEAWOOD, KS 66211
O 816.307.2788 W PFLAW.COM

# ALLOCATION OF
# SETTLEMENT PROCEEDS

## Matthew Oliva - October 22, 2023

| | |
|---|---|
| **Settlement Amount** | **$3,500,000.00** |
| **Expenses** | **$151,567.16** |
| **Attorney's Fees Total** (40%) | **$1,339,373.14** |
| **Liens** | **$32,355.37** |
| **Total Disbursement to Client** | **$1,976,704.33** |

## Expenses

| Title | Amount |
|---|---|
| **Expenses Total** | **$151,567.16** |

## Liens

| Lienholder | Original Lien Amount | Reduction Amount1 | Reduced Lien Amount |
|---|---|---|---|
| Medicare | $0.00 | | $0.00 |
| UHC Dual Complete | $56,340.20 | $23,984.83 | $32,355.37 |
| **Lien Total** | | | **$32,355.37** |

I, client name, having been fully advised of my rights, have now read the entire Settlement Statement and concur with those calculations as stated herein and above, and accept the "Total Disbursement" amount as full and final settlement of this matter.

I agree to hold Law Firm harmless from any and all medical, dental, hospitals, nurses or other liens or

Plaintiff's Exhibit

3

exhibitsticker.com



11141 OVERBROOK ROAD, SUITE 104, LEAWOOD, KS 66211
O 816.307.2788 W PFLAW.COM

claims which may currently exist or which may come into existence. I understand that unpaid medical bills, or any other obligation arising out of this claim not itemized under "Liens" are my responsibility - not my attorney's responsibility - and I assume full responsibility for payment of the same.

Oct 22, 2025
_____
Date

Jan Branson
_____

Oct 23, 2025
_____
Date

Jim Oliva
_____

Oct 22, 2025
_____
Date

Bradford Oliva
_____

October 23, 2025
_____
Date

Attorney
_____



11141 OVERBROOK ROAD, SUITE 104, LEAWOOD, KS 66211
O 816.307.2788 W PFLAW.COM

# PERIODIC PAYMENT BREAKDOWN

Matthew Oliva - October 22, 2023

| | |
|---|---|
| **Settlement Amount** | **$3,500,000.00** |
| **Expenses** | **$151,567.16** |
| **Attorney's Fees Total** (40%) | **$1,339,373.14** |
| **Liens** | **$32,355.37** |
| **Total Disbursement to Client** | **$1,976,704.33** |

## Payment Breakdown:

| | |
|---|---|
| **Within 30 days of Court Approval:** | **$2,000,000.00** |
| **Expenses** | **$151,567.16** |
| **Fees** | **$739,373.14** |
| **Liens** | **$32,355.37** |
| **Total to Clients** | **$1,076,704.33** |

| | |
|---|---|
| **Jan. 15, 2026, April 15, 2026, July 15, 2026, Oct. 15, 2026, Jan. 15, 2027:** | |
| **Payment** | **$300,000.00** |
| **Fees** | **$120,000.00** |
| **Total to Clients** | **$180,000.00** |