

11141 OVERBROOK ROAD, STE. 104, LEAWOOD, KS 66211
O 816.307.2788 W PFLAW.COM

PREUSS | FOSTER
LAW

## CONTRACT FOR EMPLOYMENT OF ATTORNEYS

The undersigned, referred to as "CLIENT," hereby employs the law firm of Preuss | Foster (referred to as "PF LAW") as my attorneys to pursue and/or settle all of CLIENT'S claims against Shawnee County Jail and/or Corrizon _____ [individuals and/or entities]* who may be liable to CLIENT for injuries or damages to Matthew Oliva _____ on or about 11/17/2023 _____.

### ATTORNEY FEES & LITIGATION EXPENSES

CLIENT agrees to pay PF LAW a sum equal to a percentage of any amount recovered by way of suit or settlement after deducting litigation expenses as explained more fully below. CLIENT acknowledges that the term "any amount recovered" will include the present value of any structured settlements and payments over time and further authorizes that said expenses and attorney's fees be paid to PF LAW out of initial cash sums recovered at the time of settlement.

CLIENT understands and agrees that the prosecution of any claim such as CLIENT'S involves the expenditure of money for litigation expenses. PF LAW agrees to advance all such litigation expenses. CLIENT understands that litigation expenses include, but are not limited to, those expenses advanced by PF LAW in pursuit of the claim, including but not limited to filing fees, investigation services, medical records and reports, expert witness fees, computer research, photographs, photocopies, postage, Federal Express, UPS and other overnight service charges, mediation fees, travel costs, trial exhibits. CLIENT agrees that PF LAW may borrow funds to pay litigation expenses advanced, and that any interest incurred related to such expenses will be treated as a litigation expense and deducted from any settlement or recovery. Litigation expenses do not include CLIENT'S medical bills or other expenses incurred directly by CLIENT.

In addition, at the conclusion or settlement of the claim, CLIENT agrees to pay a $150.00 flat charge for case administration, file management, equipment rental, file storage, routine photocopying performed at PF LAW and maintenance of equipment, telephone and professional expenses ("Administrative Fee"). The $150.00 Administrative Fee does not cover any of above named litigation expenses.

In the event that PF LAW recovers money for CLIENT, the total of all litigation expenses will be reimbursed to PF LAW. If PF LAW recovers money for CLIENT, the contingent attorney fee will equal 40.00% (Forty Percent) of the total amount recovered before all litigation expenses have been reimbursed to PF LAW. CLIENT agrees that attorneys are authorized to withhold and pay directly said expenses and attorney fees from any settlement proceeds in the claim.

CLIENT and PF LAW agree that in the event there is no recovery of money, there will be no attorney fee charged to CLIENT, and CLIENT will not be obligated to pay any litigation expenses, including Administrative Fee.

### SETTLEMENT

PF LAW shall have no right to settle or compromise CLIENT'S claims without CLIENT'S consent.

* If CLIENT'S claim is against an individual, CLIENT understands and agrees that CLIENT is retaining PF LAW to pursue and recover insurance coverage available to said individual. PF LAW shall have sole discretion in deciding whether to pursue monetary recovery from a tortfeasor personally.

CLIENT INITIALS _____



**PREUSS | FOSTER**
**LAW**

11141 OVERBROOK ROAD, STE. 104, LEAWOOD, KS 66211
O 816.307.2788 W PFLAW.COM

CLIENT shall not attempt to settle CLIENT'S claims, nor shall CLIENT discuss any matters pertaining to CLIENT'S claims with others without the consent of PF LAW. If CLIENT neglects to cooperate fully in the preparation and prosecution of CLIENT'S claims, PF LAW shall have the right to withdraw from representation of CLIENT in which event CLIENT agrees to pay a reasonable fee to PF LAW for the work performed to the date of withdrawal.

## NO GUARANTEE OF OUTCOME

CLIENT understands PF LAW cannot warrant or guarantee any particular outcome of this representation, and CLIENT agrees that PF LAW has not done so here.

## ASSOCIATED ATTORNEY

If PF LAW believes it will be in CLIENT'S best interests to employ or associate with any other attorney(s) to assist in the preparation or prosecution of the case, CLIENT agrees and authorizes PF LAW to do so in its discretion. If that occurs, PF LAW will provide CLIENT with the details of such association in writing, and the attorney's fees charged to CLIENT, if any, will not increase as a result of any such association.

## PRELIMINARY INVESTIGATION

CLIENT understands that PF LAW will conduct a preliminary investigation of CLIENT'S claims, and file suit if warranted in the discretion of PF LAW. If after a preliminary investigation of CLIENT'S claims, PF LAW declines further representation of CLIENT, PF LAW may withdraw with no further obligation to CLIENT.

## CLIENT COMMUNICATIONS

PF LAW will offer a number of ways to communicate with CLIENT. If CLIENT sends a text message to PF LAW, CLIENT consents to receive text messages from PF LAW. CLIENT agrees that standard message and data rates may apply to all text messages and CLIENT agrees to accept same.

Dated this 29 day of February 2027.

ACCEPTED BY:  CLIENT SIGNATURE: _James A. Oliva_

CLIENT NAME: _James A Oliva_

ADDRESS: _2719 SW 15th St._
_Topeka, KS 66604-2618_

PHONE NO.: _785-213-2212_