**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JAN BRANSON, individually as heir-at-law and as Special Administrator of the Estate of Matthew C. Oliva, et al.. | ) | |
| Plaintiffs, | ) | Case 25-cv-2025-KHV-ADM |
| v. | ) | |
| BOARD OF COUNTY COMMISSIONERS, SHAWNEE COUNTY, KANSAS d/b/a Shawnee County Adult Detention Center, et al. | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jan Branson, Individually, as Administrator of the Estate of Matthew C. Oliva, deceased, and Plaintiffs James Oliva and Bradford Oliva by and through their undersigned counsel, and defendants Board of County Commissioners, Shawnee County, Kansas d/b/a Shawnee County Adult Detention Center, Heather Willier, Shannon Addington, Armor Health of Shawnee County, LLC, Armor Health Management, LLC, Armor Health Holdings, LLC, Armor Correctional Healthcare Holdings, Inc., Enhanced Management Services, LLC, Otto Campo, Jose Armas, Margaret Moore, Emily Foster, Mariana Mack, Kimberly Claflin, Dawn Siler, Heidi White, Samantha Richie, Cami Cocke, and Cassandra Gumbel hereby stipulate to the dismissal of this action with prejudice as to all defendants.

Respectfully Submitted by:

**PREUSS | FOSTER**
*/s/ Thomas J. Preuss*
Thomas J. Preuss, KS 21431
Shawn G. Foster, KS 19090
Andrew R. Clark, *Pro Hac Vice*
11141 Overbrook Road, Suite 104
Leawood, KS 66211
Ph. 816-307-2788
Fax 816-336-9705
Email: tjpreuss@pflaw.com
sfoster@pflaw.com
aclark@pflaw.com
**ATTORNEYS FOR PLAINTIFFS**

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
*s/ David R. Cooper*
David R. Cooper KS #16690
Charles E. Branson KS #17376
Katherine E. Sittenauer KS #29903
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
ksittenauer@fpsslaw.com
**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY, HEATHER WILLIER, and SHANNON ADDINGTON**

**MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.**

*/s/ David E. Larson*
David E. Larson, USDC KS Bar #70716
300 E. 39th Street, #LL1i
Kansas City, MO 64111
Phone: 816.753.6006
Fax:816.502.7898 delarson@martinpringle.com

**Brodsky Fotiu-Wojtowicz, PLLC**
Benjamin H. Brodsky, Esq., FBN 73748
(*pro hac vice*)
Michael Fisher, Esq., FBN 1065238
(*pro hac vice*)
44 West Flagler Street, Suite 2200
Miami, Florida 33131

Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
michael@bfwlegal.com
docketing@bfwlegal.com
**ATTORNEYS FOR DEFENDANTS ARMOR HEALTH OF SHAWNEE COUNTY, LLC, ARMOR HEALTH HOLDINGS, LLC, ARMOR CORRECTIONAL HEALTHCARE HOLDINGS, INC., ENHANCED MANAGEMENT SERVICES, LLC, OTTO CAMPO, and JOSE ARMAS**

**HARRIS & HART, LLC**
*/s/ Brette S. Hart*
Brette S. Hart #22452
9260 Glenwood Street
Overland Park, Kansas 66212
(913) 213-6980/FAX (913) 213-6991
bhart@harrisandhart.com
**ATTORNEYS FOR DEFENDANT MAGGIE MOORE**

**SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.**
*/s/ Olivia G. Ruschill*
Jeffrey A. Bullins, KS Bar #18340
Olivia G. Ruschill, KS Bar #29724
10851 Mastin Street, Suite 1000
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
Email: jbullins@slln.com
oruschill@slln.com
**ATTORNEYS FOR DEFENDANT EMILY FOSTER**

**LOGAN LOGAN & WATSON, L.C.**
*/s/ David M. Tyrrell*
DAVID M. TYRRELL, KS#23600
M. BRADLEY WATSON, KS#12149
SPENCER T. HASHAGEN, KS#30483
8340 Mission Road, Suite 106
Prairie Village, KS 66206
T: (913) 381-1121/ F (913) 381-6546
dtyrrell@loganlaw.com
bwatson@loganlaw.com
shashagen@loganlaw.com
**ATTORNEYS FOR DEFENDANT MARIANA MACK, M.D.**

**AND**

**BATY OTTO SCHEER P.C.**
*/s/ Lee M. Baty*
Lee M. Baty KS #24736
Justin C. Shock *Admitted Pro Hac Vice*
Elizabeth L. Reiher *Admitted Pro Hac Vice*
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
lbaty@batyotto.com
jshock@batyotto.com
ereiher@batyotto.com
**ATTORNEYS FOR DEFENDANTS HEIDI WHITE, KIMBERLY CLAFLIN, DAWN SILER, CASSANDRA GUMBEL, CAMI COCKE, and SAMANTHA RITCHIE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2025, the above and foregoing document was transmitted via the courts electronic filing system notifying all parties of record.

*/s/ Thomas J. Preuss*